UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DARRYL DERAMUS** | **CIVIL ACTION NO. 21-2566** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **CLAIBORNE PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted:

(1) Plaintiff Darryl Deramus's claim that defendants forced him to submit to a haircut in violation of his First Amendment right to practice his religion;

(2) Plaintiff's claims under the Religious Freedom Restoration Act;

(3) Plaintiff's Religious Land Use and Institutionalized Persons Act claims against Defendants William and Morgan in their official capacities and against all defendants in their individual capacities;

(4) Plaintiff's retaliation claims: (A) that Warden Williams denied him access to the law library; (B) that Lieutenant Morgan forced Plaintiff to cut his hair; (C) that the administration is holding, copying, and opening his legal mail in his absence; and (D) that "legal material" is "possibly going missing[,]" that his mail is "being held longer than it should or longer than other detainees," and that mail he sent to his family "went missing";

(5) Plaintiff's claims against Claiborne Parish Detention Center;

(6) Plaintiff's claim that Warden Williams failed to stop Lieutenant Morgan from placing him in administrative segregation and cutting his hair;

(7) Plaintiff's access-to-court claims;

(8) Plaintiff's claim that property he mailed never arrived at its destination;

(9) Plaintiff's claim that Lieutenant Glass opened, copied, and destroyed his legal mail in his absence; and

(10) Plaintiff's claims that Sheriff Dowies: (A) did not issue him boxer shorts, socks, a t-shirt, and shower shoes when Plaintiff entered CPDC; (B) "has not provided staff with proper safety training to ensure a safe environment"; (C) failed to enact "adequate rules or guidelines for staff or inmates to follow"; and (D) "has not ensured the well-being of inmates or staff due to the fact of overcrowding and being understaffed."

MONROE, LOUISIANA, this 11th day of January, 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE