UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DARRYL DERAMUS** | **CIV. ACTION NO. 5:21-02566 SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLAIBORNE PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 50] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion For Summary Judgment [Doc. No. 44] filed by Defendants Claiborne Parish Sheriff Sam Dowies, Dusty Williams, and Bobby Morgan (collectively "Defendants") is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants, in their several capacities, **DISMISSING WITH PREJUDICE** Plaintiff Darryl DeRamus's ("DeRamus") claims for compensatory, punitive, and nominal damages.

**IT IS FURTHER ORDERED** that Ramus's claims for injunctive and declaratory relief are **DISMISSED WITHOUT PREJUDICE.** FED. R. CIV. P. 56.

The case is closed.

**MONROE, LOUISIANA**, this 27th day of December 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**